JS - 6

# UNITED STATE DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KARLA MORALES,** | Case no. 5:12-cv-01581-PA-OP |
| Plaintiff, | **ORDER GRANTING STIPULATION RE DISMISSAL OF ENTIRE ACTION AND ALL PARTIES, WITH PREJUDICE** |
| vs. | |
| **PROGRESSIVE FINANCIAL SERVICES INC,** | |
| Defendant. | |

The Court has reviewed the Stipulation of Plaintiff KARLA MORALES ("Plaintiff") and Defendant PROGRESSIVE FINANCIAL SERVICES INC, through its counsel of record, Carlson & Messer LLP, to dismiss the above-entitled action, with prejudice, in its entirety. Pursuant to the Stipulation between the parties, the Court orders as follows:

/ / /

/ / /

/ / /

1. That the above-entitled lawsuit is hereby dismissed, with prejudice, pursuant to *FRCP 41(a)(1)(A)(ii)*. Each party shall bear their own costs and expenses.

**IT IS SO ORDERED:**

DATED: March 21, 2013        _____
                                                     UNITED STATES DISTRICT COURT JUDGE